UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALI SAJAD FAQIRZADA,

        Petitioner,

    v.

ERIC ROKOSKY, et al.,

        Respondents.

Civil Action No. 25-16639 (MAS)

**ORDER**

This matter having come before the Court on Petitioner's amended habeas petition (ECF No. 8) and motions seeking a temporary restraining order (ECF No. 12) and to seal certain portions of the record (ECF No. 14), the Court having considered the petition, the record of proceedings in this matter, the Government's response (ECF No. 15), and Petitioner's reply (ECF No. 18), and for the reasons expressed in the accompanying Opinion,

**IT IS** on this 8th day of January, 2026, **ORDERED** that:

1. Petitioner's habeas petition (ECF No. 1) is **DENIED**;

2. Petitioner's motion seeking a temporary restraining order (ECF No. 12) is **DENIED**;

3. Petitioner's motion to seal (ECF No. 14) is **GRANTED**;

4. The Clerk of the Court shall seal ECF Nos. 9-14, 9-15, 9-17, 9-20, 9-23, 9-24, 9-25, 9-28, 9-31, 9-32, 9-33, 9-34, 9-35; and

5. The Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and shall **CLOSE** the file.

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**